IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROXANNE G. ROBERTSON, D.D.S., M.S., P.A. d/b/a STAR ORTHODONTICS<br><br>Plaintiff,<br><br>vs.<br><br>STAR ORTHODONTICS, PLLC<br><br>Defendant. | Case No. _____<br><br>Jury Demand |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff Roxanne G. Robertson, D.D.S., M.S., P.A. d/b/a Star Orthodontics ("Plaintiff") brings this action against Defendant Star Orthodontics, PLLC ("Defendant") and alleges:

**NATURE OF THE ACTION**

1. Plaintiff owns two federal trademark registrations and two Texas trademark registrations for the mark STAR ORTHODONTICS ("Plaintiff's Marks"). Plaintiff's Marks include a federally registered word mark for STAR ORTHODONTICS (Reg. No. 5,605,696), which alleges that Plaintiff was using this mark at least as early as 2005. *See* **Exhibit 1**. Plaintiff's Marks also include the following federally registered mark:



1

(Reg. No. 5,605,694), which also alleges use at least as early as 2005. *See* **Exhibit 2**. Further, Plaintiff's Marks include a Texas trademark registration for STAR ORTHODONTICS (Reg. No. 801268276) dated June 1, 2010, see **Exhibit 3**, and a Texas trademark registration for STAR ORTHODONTICS & Design (Reg. No. 801268274) dated June 1, 2010. *See* **Exhibit 4**.

2.　　Plaintiff has been using Plaintiff's Marks in connection with orthodontics services in the United States for more than 13 years. During this time, Plaintiff has grown to become the largest single orthodontist-owned practice in South Texas. As a result of Plaintiff's longstanding use of Plaintiff's Marks and the high quality of her orthodontics services, Plaintiff's Marks have become widely known throughout Texas, are closely identified with Plaintiff's practice, and represent substantial, valuable goodwill.

3.　　Plaintiff provides orthodontics services in Corpus Christi, Texas, and uses the name STAR ORTHODONTICS for all orthodontics services. Plaintiff's website provides basic information regarding orthodontics services, among other things.



Many of Plaintiff's patients travel to various parts of Texas as well as other states.

4.      Defendant competes with Plaintiff. Defendant filed its formation papers with the Texas Secretary of State on October 11, 2018, and Defendant opened to patients on February 8, 2019. Defendant provides orthodontics services in Katy, Texas. Defendant's website domain name is www.star-ortho.com, and its website also provides basic information about Defendant's orthodontics services, among other things.



[*remainder of page intentionally blank*]

Further, Defendant's website also shows its store front:



5.      Defendant's name STAR ORTHODONTICS is the exact same as Plaintiff's Marks, STAR ORTHODONTICS, and Defendant's website is similarly named, www.star-ortho.com. Defendant is offering and providing orthodontics services similar to those provided by Plaintiff. Both Plaintiff and Defendant advertise their services on their websites. Further, Plaintiff's practice extends to the Houston area, including Katy. Plaintiff went to orthodontic school in Houston, and she receives patients from her UTHSC Houston orthodontic alumni. For example, at least one oral surgeon from Houston refers patients to Plaintiff from the surrounding Houston area. Additionally, Plaintiff has at least one patient who lives in Katy, Texas and takes advantage of Plaintiff's Saturday hours.

## THE PARTIES

6.      Plaintiff Roxanne G. Robertson, D.D.S., M.S., P.A. d/b/a Star Orthodontics is a Texas professional association having her place of business at 4750 S. Padre Island Drive, Suite 101, Corpus Christi, Texas 78411.

7.     Defendant Star Orthodontics, PLLC is a limited liability company organized and existing under the laws of the State of Texas and has an office at 23641 Katy Freeway, Suite 200, Katy, Texas 77494. Defendant may be served with process through its registered agent, LaRue Law Group, a professional corporation, at 2245 Texas Drive, Suite 300, Sugar Land, Texas 77479-1468.

### JURISDICTION AND VENUE

8.     This action alleges violations of federal law, including trademark infringement, under the Federal Lanham Act, Title 15 U.S.C. § 1051 *et seq*. Accordingly, this Court has original subject matter jurisdiction over the federal law claims under the Lanham Act, 28 U.S.C. § 1338 (federal question over trademarks and unfair competition), and 28 U.S.C. § 1331 (federal question). Defendant has used, and may continue to use, the infringing name STAR ORTHODONTICS, as well as the infringing domain name [www.star-ortho.com](www.star-ortho.com), in interstate commerce, and on information and belief, Defendant's use of the infringing name and website has substantially affected interstate business and had a substantial economic effect upon the interstate business of Plaintiff.

9.     This action also alleges violations of Texas state law, namely, violation of the Texas Trademark Act and common law trademark infringement. The Texas state law claims share a common nucleus of operative facts with the federal law claims. Accordingly, this Court has supplemental subject matter jurisdiction over the Texas state law claims under 28 U.S.C. § 1367.

10.    The Court has personal jurisdiction over Defendant. Defendant has engaged in "doing business" in Texas and in this Judicial District. Defendant's principal place of business is located in this Judicial District.

11. Venue is proper in this Court under 28 U.S.C. 1391. Defendant resides in this Judicial District. Further, a substantial part of the events or omissions giving rise to the claims described below occurred in this Judicial District and a substantial part of the property that is the subject of the action is situated in this Judicial District. Additionally, Defendant may be found in this Judicial District.

**COUNT ONE:**
**TRADEMARK INFRINGEMENT UNDER THE LANHAM ACT**

12. Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 11 as if set forth fully herein.

13. Plaintiff owns all rights, title, and interest in and to Plaintiff's Marks on and in connection with the services of Plaintiff under federal and state laws.

14. Plaintiff's Marks are eligible for protection under at least the Federal Lanham Act, Texas Trademark Act, and Texas common law, and are distinctive.

15. Plaintiff began using Plaintiff's Marks in Texas well before Defendant began using the infringing name STAR ORTHODONTICS and domain name www.star-ortho.com with respect to Defendant's services. Further, a substantial number of Plaintiff's patients review Plaintiff's website for information, and many of these customers travel to various parts of Texas as well as other states. On information and belief, Defendant's infringing use of the name STAR ORTHODONTICS and domain name www.star-ortho.com has had a substantial economic effect upon the interstate business of Plaintiff.

16. Plaintiff and Defendant are not in geographically separate markets, and Plaintiff's Marks have an established reputation in the Corpus Christi, Texas area. A likelihood of confusion between Plaintiff's Marks and Defendant's name STAR ORTHODONTICS currently exists, as well as Defendant's domain name www.star-ortho.com.

6

17. Defendant has taken actions that are not authorized by Plaintiff and are damaging to Plaintiff's trademark rights and goodwill. Such actions include, but may not be limited to, Defendant's infringing use of the name STAR ORTHODONTICS and the domain name [www.star-ortho.com](www.star-ortho.com).

18. By using this copycat mark and domain name, Defendant has created a likelihood of confusion among relevant consumers regarding source, sponsorship, and/or affiliation.

19. Defendant's actions complained of above constitute trademark infringement of Plaintiff's Marks.

20. Defendant has continued using the copycat mark and domain name with full knowledge of Plaintiff's Marks and how Plaintiff is using Plaintiff's Marks. Defendant has willfully and deliberately traded on the goodwill created by Plaintiff and has adopted and been using the copycat mark and domain name in bad faith and with an intent to profit from Plaintiff's Marks.

21. Defendant has been unjustly enriched by its infringement.

22. Plaintiff is entitled to recovery of Defendant's profits, all damages sustained by Plaintiff, Plaintiff's costs, and Plaintiff's attorney's fees pursuant to 15 U.S.C. § 1117(a).

23. Plaintiff is entitled to temporary, preliminary, and permanent injunctive relief.

### COUNT TWO:
### VIOLATIONS OF THE TEXAS TRADEMARK ACT

24. Plaintiff repeats and incorporated by reference the allegations contained in Paragraphs 1 through 23 as if set forth fully herein.

25. Plaintiff owns all rights, title, and interest in and to Plaintiff's Marks on and in connection with the services of Plaintiff under federal and state laws.

26. Plaintiff's Marks are eligible for protection under at least the Federal Lanham Act, Texas Trademark Act, and Texas common law, and are distinctive.

27. Plaintiff began using Plaintiff's Marks in Texas well before Defendant began using the infringing name STAR ORTHODONTICS and domain name www.star-ortho.com with respect to Defendant's services. Further, a substantial number of Plaintiff's patients review Plaintiff's website for information, and many of these customers travel to various parts of Texas as well as other states. On information and belief, Defendant's infringing use of the name STAR ORTHODONTICS and domain name www.star-ortho.com has had a substantial economic effect upon the interstate business of Plaintiff.

28. Plaintiff and Defendant are not in geographically separate markets, and Plaintiff's Marks have an established reputation in the Corpus Christi, Texas area. A likelihood of confusion between Plaintiff's Marks and Defendant's name STAR ORTHODONTICS currently exists, as well as Defendant's domain name www.star-ortho.com.

29. Defendant has taken actions that are not authorized by Plaintiff and are damaging to Plaintiff's trademark rights and goodwill. Such actions include, but may not be limited to, Defendant's infringing use of the name STAR ORTHODONTICS and the domain name www.star-ortho.com.

30. By using this copycat mark, Defendant has created a likelihood of confusion among relevant consumers regarding source, sponsorship, and/or affiliation.

31. Defendant's actions complained of above constitute trademark infringement of Plaintiff's Marks.

32. Defendant has continued using the copycat mark with full knowledge of Plaintiff's Marks and how Plaintiff is using Plaintiff's Marks. Defendant has willfully and deliberately traded on the goodwill created by Plaintiff and has adopted and been using the copycat mark in bad faith and with an intent to profit from Plaintiff's Marks.

33. Defendant has been unjustly enriched by its infringement.

34. Plaintiff is entitled to recovery of Defendant's profits, all damages sustained by Plaintiff, Plaintiff's costs, and Plaintiff's attorney's fees pursuant to 15 U.S.C. § 1117(a).

35. Plaintiff is entitled to temporary, preliminary, and permanent injunctive relief.

## COUNT THREE:
## TRADEMARK INFRINGEMENT COMMON LAW

36. Plaintiff repeats and incorporated by reference the allegations contained in Paragraphs 1 through 35 as if set forth fully herein.

37. Plaintiff is the exclusive owner of the Plaintiff's Marks. In order to lure and confuse customers away from Plaintiff's services, Defendant chose to use a copycat mark and domain name confusingly similar to Plaintiff's Marks in connection with services identical to Plaintiff's services, which identical services Defendant attempted to sell in competition with Plaintiff.

38. There is a likelihood of confusion as to the source of the services sold under Plaintiff's Marks and those being offered by Defendant using Plaintiff's Marks or words substantially similar thereto.

39. As a result, or proximate result, of Defendant's deliberate and intentional trademark infringement, Plaintiff has suffered and will continue to suffer damages.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all claims and issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays:

1. That Defendant, its partners, agents, employees, and all persons in active concert or participation with Defendant, be preliminarily and permanently enjoined and restrained from:

9

    a. using Plaintiff's Marks, the infringing domain name www.star-ortho.com, and any other trademark, company name, or domain name that is confusingly similar to Plaintiff's Marks;

    b. engaging in any other conduct which will cause, or is likely to cause, confusion, mistake, deception, or misunderstanding as to the source, or to the affiliation, connection, association, origin, sponsorship, or approval of Defendant's website, Defendant's use of the term STAR ORTHODONTICS or other activities with or by Plaintiff;

    c. otherwise infringing upon Plaintiff's Marks or unfairly competing with Plaintiff in any manner whatsoever; and

    d. impersonating Plaintiff or any of its affiliates or representatives.

2. That an accounting be ordered and judgment be rendered against Defendant for all profits received from their actions utilizing Plaintiff's Marks, the infringing domain name www.star-ortho.com, and any confusingly similar imitations of Plaintiff's Marks.

3. That Plaintiff recover Plaintiff's actual damages.

4. That the award of actual damages from Defendant's infringement be trebled.

5. That Defendant be directed to file with the Court and serve on Plaintiff, within thirty (30) days after entry of a final injunction, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction.

6. That Defendant be ordered to convey any and all rights to the domain name www.star-ortho.com to Plaintiff.

7. That Plaintiff be awarded their costs in connection with this suit, including reasonable attorney's fees and expenses.

8.  That Plaintiff have such other and further relief as the Court may deem just and proper.

                                            Respectfully submitted,

Dated: August 8, 2019                 /s/ Eric M. Adams
                                            Eric M. Adams
                                            Attorney-in-Charge
Texas Bar No. 24031686
S.D. Tex. 30371
eadams@tumeyllp.com
TUMEY LLP
5177 Richmond Avenue, Suite 1188
Houston, Texas 77056
(713) 622-7005
(713) 622-0220 fax

Of Counsel:

Tod T. Tumey
Texas Bar No. 24013659
S.D. Tex. 27403
ttumey@tumeyllp.com
TUMEY LLP
5177 Richmond Avenue, Suite 1188
Houston, Texas 77056
(713) 622-7005
(713) 622-0220 fax


ATTORNEYS FOR PLAINTIFF
ROXANNE G. ROBERTSON, D.D.S., M.S., P.A.
D/B/A STAR ORTHODONTICS