United States District Court
Southern District of Texas
**ENTERED**
November 13, 2019
David J. Bradley, Clerk

A.UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROXANNE G. ROBERTSON; dba STAR ORTHODONTICS, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-224 |
| STAR ORTHODONTICS, PLLC, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff Roxanne G. Robertson, D.D.S., M.S., P.A. d/b/a Star Orthodontics's Notice of Voluntary Dismissal. (D.E. 5). The notice of dismissal is effective because it was filed with the Court prior to Defendant Star Orthodontics, PLLC serving either an answer or a motion for summary judgment. FED. R. CIV. P. 41(a)(1)(A)(i). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** this case. It is **ORDERED** that the parties bear their own costs, fees, and expenses.

SIGNED and ORDERED this __12th__ day of November 2019.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE